UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

JAMIL DISMUKE,

Defendant.

Case No. 26-cr-20460

Honorable Robert J. White

# ORDER TO TRANSPORT

The Court entered an Order Granting Joint Motion for Competency Evaluation on August 28, 2026.

IT IS HEREBY ORDERED that the United States Marshal's Service must promptly and expeditiously transfer Mr. Dismuke to a suitable facility, to be determined by the Attorney General, and that the United States Marshal's Service must do this as quickly as reasonably possible to minimize Mr. Dismuke's travel time to and from the facility where such treatment will be conducted and the period of confinement in that facility.

SO ORDERED.

Dated: August 28, 2026

s/Robert J. White
Robert J. White
United States District Judge